UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. AGONONE, et al.,<br><br>    Defendants. | No. 2:22-cv-01845-TLN-JDP<br><br>**ORDER** |

Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2023, the Court revoked Plaintiff's *in forma pauperis* status because he is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). (ECF No. 11.) Plaintiff was granted fourteen days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. (*Id*.) Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is DISMISSED without prejudice for failure to pay the filing fee; and

///

///

1

2. The Clerk of Court is directed to close the case.

Date: June 20, 2023

_____
Troy L. Nunley
United States District Judge